UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                          Case No. 15-16234-JKO
                                                                                                Chapter 13

ANDREW VALENTINO

        Debtors
_____/

**MOTION TO DISMISS CHAPTER 13 CASE WITHOUT PREJUDICE AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

**COMES NOW,** the Debtor, ANDREW VALENTINO, by and through undersigned counsel, and moves this Court to Dismiss the Chapter 13 Case without Prejudice and in support thereof states as follows:

1. The Debtor filed for Chapter 13 Bankruptcy protection on April 6, 2015.

2. Inadvertently, the Bankruptcy Petition was not filed Joint with the Debtor's wife, Sharon Valentino.

3. Debtor wishes to Voluntarily Dismiss the instant Chapter 13 case Without Prejudice to re-file a new case joint with his wife and to apply for the Mortgage Modification Program.

**WHEREFORE,** the Debtor respectfully requests this Court to enter an Order Dismissing the Chapter 13 Case Without Prejudice and any such additional relief as this Honorable Court deems just and proper.

**CERTIFICATE OF ADMISISON**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy of the foregoing Motion and subsequently court generated Notice of Hearing after the filing of the instant Motion was served as indicated in the enclosed service list, this 26th day of May, 2015.

**STIBERMAN LAW, P.A.**
*Attorneys for Debtor*
2601 Hollywood Blvd
Hollywood, FL 33020
Telephone: (954)922-2283
Facsimile: (954)302-8707
Ariel@StibermanLaw.com

By:  */s/ Robert A. Stiberman*
Robert A. Stiberman, Esq.
Fla. Bar No. 132799

## SERVICE LIST FOR CASE

*The following Parties were served via the CM/ECF System*:
Robin Weiner, Trustee
Office of the U.S. Trustee
All other Parties registered in the CM/ECF System

*The following Parties were served via first-class U.S. Mail*:

ALL CREDITORS IN MAILING MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-16234-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue May 26 11:31:55 EDT 2015 | Cenlar FSB as servicer for We Florida Financ<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | WE Florida Financial fka City County Credit<br>Randy M. Bennis<br>319 SE 14 Street<br>Fort Lauderdale, FL 33316-1929 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| City County Credit Uni<br>Attn Bankruptcy Dept<br>1982 N State Rd 7<br>Margate, FL 33063-5710 | First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Kia Motors Finance<br>10550 Talbert Avenue<br>Founatin Valley, CA 92708-6031 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/city Furniture<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/pep Boys<br>C/o P.o. Box 965036<br>Orlando, FL 32896-0001 | We Florida Financial<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Wells Fargo<br>Po Box 60510<br>Los Angeles, CA 90060-0510 |
| Andrew Valentino<br>3317 McKinley Street<br>Hollywood, FL 33021-4938 | Robert A Stiberman Esq.<br>2601 Hollywood Blvd<br>Hollywood, FL 33020-4840 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Corporation<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20